AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

Carey Dale Grayson

*Plaintiff(s)*

v.

John Q. Hamm, Commissioner,
Terry Raybon, Warden
Alabama Department of Corrections
Steven Marshall, Attorney General
Kay Ivey, Governor, State of Alabama

*Defendant(s)*

Civil Action No. 2:24-cv-00376-RAH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Q. Hamm, Commissioner
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John A. Palombi, Esquire
Spencer J. Hahn, Esquire
Eric Brown, Esquire
Federal Defenders Middle District of Alabama
817 South Court Street
Montgomery, AL 36104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: 7/1/2024

Haley R Robertson
Digitally signed by Haley R Robertson
Date: 2024.07.01 15:11:08 -05'00'

*Signature of Clerk or Deputy Clerk*



MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Lauren Simpson, Asst AG
was received by me on *(date)* 7/2/2024.

☑ I personally served the summons on the individual at *(place)* 501 Washington Avenue Montgomery, AL 36104 on *(date)* 7/2/2024; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 02 July 2024

*Server's signature*

Christi M. Murphy-Thomas, Paralegal
*Printed name and title*

817 South Court Street; Montgomery, AL 36104
*Server's address*

Additional information regarding attempted service, etc: