IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY DALE GRAYSON,

    Plaintiff,

v.

JOHN Q. HAMM, Commissioner,
Alabama Department of Corrections,

TERRY RAYBON, Warden,
Holman Correctional Facility,

STEVEN MARSHALL, Attorney
General, State of Alabama, and

KAY IVEY, Governor, State of
Alabama.

    Defendants.

No. 2:24-cv-376-RAH-KFP

**CAPITAL CASE**
**Execution Set for**
**November 21-22, 2024**

_____

### PLAINTIFF'S RESPONSE TO COURT ORDER

Plaintiff, Carey Dale Grayson, in response to ECF Doc. 29, notifies the Court that Defendants object to Plaintiff's Motion for Leave to Amend Complaint.

        /s/John Anthony Palombi
        John Anthony Palombi
        Kentucky Bar No. 86784
        John_Palombi@fd.org

/s/Spencer J. Hahn
Spencer J. Hahn
Oregon Bar No. 043027
Spencer_Hahn@fd.org

/s/Eric Brown
Eric Brown
Colorado Bar No. 57721
Eric_Brown@fd.org

/s/Kacey L. Keeton
Kacey Leigh Keeton
Alabama Bar No. ASB-0880-k50k
Kacey_Keeton@fd.org

/s/Matt D. Schulz
Matt D. Schulz
Nebraska Bar No: 22968
Matt_Schulz@fd.org

Federal Defenders
817 S. Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353

## CERTIFICATE OF SERVICE

This Notice was filed, via the CM/ECF system, on August 22, 2024, which will cause all counsel of record to receive an electronic copy.

/s/John Palombi
John Palombi