IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY DALE GRAYSON,           )
                              )
            Plaintiff,        )
                              )
v.                            )        CASE NO. 2:24-cv-00376-RAH
                              )
JOHN Q. HAMM, Commissioner,   )
Alabama Department of         )
Corrections, *et al*.,        )
                              )
            Defendants.       )

## ORDER

On July 23, 2024, Defendants John Q. Hamm, Terry Raybon, Steven T. Marshall, and Kay Ivey (collectively, "the Defendants") filed a Motion to Dismiss. (Doc. 19.)  On August 30, 2024, the Plaintiff filed an Amended Complaint, which is now the operative pleading. (Doc. 42.)  Consequently, it is

**ORDERED** that the Motion to Dismiss (doc. 19) is **DENIED** as moot.

DONE, on this the 9th day of September 2024.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE