IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00376-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion to Produce Alan Eugene Miller's Confidential Settlement Agreement (UNOPPOSED)* (doc. 74). For good cause, the Motion (doc. 74) is due to be and is hereby GRANTED. The confidential settlement agreement shall be produced subject to the Court's Protective Order (doc. 47).

**DONE** and **ORDERED** on this the 1st day of October 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE