IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00376-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is the Plaintiff's *Motion for Preliminary Injunction* (Doc. 30.)  During the hearing held on October 8, 2024, and October 9, 2024, the parties indicated a desire to submit additional briefing.  Accordingly, it is

**ORDERED** that the Plaintiff shall submit any necessary additional briefing on or by **October 23, 2024**.  And it is also

**ORDERED** that the Defendants shall submit any necessary response on or by **October 29, 2024**.

DONE, on this the 10th day of October 2024.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE