IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY DALE GRAYSON,

    Plaintiff,

    v.

JOHN Q. HAMM, Commissioner,
Alabama Department of Corrections,

TERRY RAYBON, Warden,
Holman Correctional Facility,

STEVEN MARSHALL, Attorney
General, State of Alabama, and

KAY IVEY, Governor, State of
Alabama.

    Defendants.

No. 2:24-cv-376-RAH-KFP

**CAPITAL CASE**
**Execution Set for**
**November 21-22, 2024**

_____

# PLAINTIFF'S UNOPPOSED MOTION FOR ONE DAY EXTENSION OF POST-HEARING BRIEFING DEADLINES

Mr. Grayson moves this Court for an Order extending the parties' post-hearing briefing deadlines by one day. Defendants do not oppose this Motion. In support, Mr. Grayson offers the following:

1.     This Court held an evidentiary hearing on October 8 and 9, 2024.

1

2. At the parties' request, this Court ordered post-hearing briefing.[1]

3. Under that order, Plaintiff's post-hearing brief is due Wednesday, October 23, 2024, and Defendants' is due Tuesday, October 29, 2024.

4. In requesting a briefing schedule, counsel for Mr. Grayson asked for it to be contingent on the date the transcript was completed.[2]

5. In setting the deadlines, this Court believed the transcript would be available by Wednesday, October 16, 2024.[3]

6. Counsel for Mr. Grayson did not receive the 478-page transcript until after 11:20 a.m. on Thursday, October 17, 2024.

7. Mr. Grayson requests an extension of each side's briefing deadline by one day.

8. If granted, the new deadline for Mr. Grayson would be Thursday, October 24, 2024, and Defendants' new deadline would be Wednesday, October 30, 2024.

9. Counsel for Defendants do not oppose this Motion.

---

[1] ECF Doc. 83.

[2] Tr. II-170:15-20.

[3] Tr. II-170:25-171:1.

For the foregoing reasons, and in the interest of justice, Mr. Grayson respectfully requests this Court extend the deadlines for the parties' post-hearing briefing by one day.

Respectfully submitted this 17th day of October 2024.

/s/John Anthony Palombi
John Anthony Palombi
John_Palombi@fd.org

/s/Spencer J. Hahn
Spencer J. Hahn
Spencer_Hahn@fd.org

/s/Eric Brown
Eric Brown
Eric_Brown@fd.org

/s/Kacey L. Keeton
Kacey Leigh Keeton
Kacey_Keeton@fd.org

/s/Matt D. Schulz
Matt D. Schulz
Matt_Schulz@fd.org

FEDERAL DEFENDERS FOR THE
MIDDLE DISTRICT OF ALABAMA
817 S. COURT STREET
MONTGOMERY, ALABAMA 36104
(334) 834-2099

## CERTIFICATE OF SERVICE

The foregoing was filed, via the CM/ECF system, on October 17, 2024, which will cause all counsel of record to receive an electronic copy.

/s/ John A. Palombi