IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY DALE GRAYSON,

    Plaintiff,

    v.                                    NO. 2:24-cv-00376-RAH-KFP

JOHN Q. HAMM, Commissioner,        **CAPITAL CASE**
Alabama Department of Corrections,    Execution Scheduled
                                                November 21-22, 2024

TERRY RAYBON, Warden,
Holman Correctional Facility,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Carey Dale Grayson, Plaintiff in the above-named case, appeals to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. §1292(a)(1) from the District Court's denial of his motion for a preliminary injunction (ECF Doc. 95) on November 6, 2024.

Respectfully submitted this November 6, 2024.

                                              /s/ John A. Palombi
                                              John A. Palombi
                                              Kentucky Bar No. 86784
                                              John_Palombi@fd.org

                                              /s/ Spencer J. Hahn
                                              Spencer J. Hahn
                                              Oregon Bar No. 043027
                                              Spencer_Hahn@fd.org

/s/ Eric Brown
Eric Brown
Colorado Bar No. 57721
Eric_Brown@fd.org

/s/ Kacey L. Keeton
Kacey L. Keeton
Alabama Bar No. ASB-0880-k50k
Kacey_Keeton@fd.org

/s/ Matt D. Schulz
Matt D. Schulz
Nebraska Bar No: 22968
Matt_Schulz@fd.org

Federal Defenders for the Middle
 District of Alabama
817 S. Court Street
Montgomery, Alabama 36104
(334) 834-2099

*Counsel for Carey Dale Grayson*

## CERTIFICATE OF SERVICE

I certify the foregoing was filed, via the CM/ECF system, on November 6, 2024, which will cause all counsel of record to receive an electronic copy.

/s/ John A. Palombi
John A. Palombi