## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF ALABAMA
#### UNITED STATES COURTHOUSE
#### MONTGOMERY, ALABAMA

**TREY GRANGER**
    **CLERK**

**MAILING ADDRESS:**
One Church Street, Suite B-110
MONTGOMERY, AL 36104
(334)954-3610

---

David J. Smith, Clerk
United States Court of Appeals for the 11th Circuit
ELBERT PARR TUTTLE COURT OF APPEALS BU1LDNG
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Re:** District Court No.  2:24-cv-00376-RAH-KFP
Grayson v. Hamm et al(DEATH PENALTY)
Court of Appeals No.

Enclosed are documents regarding an appeal in this matter.

☑ Copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.
☑ First Notice of Appeal:  Yes ☑  No ☐  Other notices (dates):
☐ Other:
☑ The Judge or Magistrate Judge appealed from is: Honorable Judge R. Austin Huffaker, Jr.
☑ The Court Reporter (s) are: Dee Coker,
☐ A hearing was not held in the case.
☐ An **audio tape** is available for transcription of the court hearing
☐ The appellant DOCKET FEE has been paid: NO ☐  YES ☐  Date paid:
☐ Motion for APPOINTMENT OF COUNSEL: Granted ☐ ; Denied ☐ ; Pending ☐  **DE**
☑ Motion for In Forma Pauperis (IFP): Granted ☐ ; Denied ☐ ; Pending ☑  **DE** 97
☐ Motion for Certificate of Appealability: Granted ☐ ; Denied ☐ ; Pending ☐  **DE**
☐ USCA CJA appointment of counsel:
☐ Certified record on appeal consisting of : ____Volume(s) of pleadings; ____ PSI (s); ____ Volume(s) of transcript; ____Folder(s) of exhibits/depositions; ____ Supplemental file(s)
☐ ORIGINAL PAPERS:____Volume(s) of pleadings; ____ Volume(s) of transcript; ____ folder of exhibits
☐ This is an appeal of a bankruptcy order.
☑ This is a DEATH PENALTY appeal.

Sincerely,

/s./ B. Sellers
Case Administrator