IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CAREY DALE GRAYSON,

    Plaintiff,

  v.                        No. 24-cv-376-RAH-KFP

JOHN Q. HAMM, Commissioner,     **CAPITAL CASE**
Alabama Department of Corrections,     **Execution on November 21, 2024**

TERRY RAYBON, Warden,
Holman Correctional Facility,

    Defendants.
_____

### MOTION TO WITHDRAW EMERGENCY MOTION FOR ORDER REQUIRING DEFENDANTS TO PROVIDE A REASONED DECISION ON MR. GRAYSON'S REQUEST FOR A THERAPEUTIC SEDATIVE PRIOR TO HIS EXECUTION

Given information received from counsel for Defendants this morning and what appears likely to be a factual dispute that cannot be resolved on short notice,[1] undersigned counsel moves to withdraw the Emergency Motion for Order Requiring Defendants to Provide a Reasoned Decision on Mr. Grayson's Request for a Therapeutic Sedative Prior to His Execution, ECF No. 105.

Respectfully submitted this 21st day of November, 2024.

---

[1] There remains a sick call slip outstanding requesting any sedative and that prison health officials have represented has been referred to mental health. Mr. Grayson hopes ADOC mental health will grant his request because he is in significant distress and it is only getting worse.

1

/s/John Anthony Palombi  
John Anthony Palombi  
John_Palombi@fd.org  

/s/Spencer J. Hahn  
Spencer J. Hahn  
Spencer_Hahn@fd.org  

/s/Eric Brown  
Eric Brown  
Eric_Brown@fd.org  

/s/Kacey L. Keeton  
Kacey Leigh Keeton  
Kacey_Keeton@fd.org  

/s/Matt D. Schulz  
Matt D. Schulz  
Matt_Schulz@fd.org  

Federal Defenders for the  
Middle District of Alabama  
817 S. Court Street  
Montgomery, Alabama 36104  
(334) 834-2099  

## CERTIFICATE OF SERVICE

I certify the foregoing was filed, via the CM/ECF system, on November 21, 2024, which will cause all counsel of record to receive an electronic copy.

/s/ Spencer J. Hahn  
Spencer J. Hahn