(ORDER LIST: 604 U.S.)

THURSDAY, NOVEMBER 21, 2024

CERTIORARI DENIED

24-5993      GRAYSON, CAREY V. HAMM, COMM'R, AL DOC, ET AL.
(24A498)

    The application for stay of execution of sentence of death presented to Justice Thomas and by him referred to the Court is denied.  The petition for a writ of certiorari is denied.