IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY DALE GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-cv-00376-RAH |
| | ) |
| JOHN Q. HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

It is **ORDERED** that, **on or by December 18, 2024**, counsel for Plaintiff shall show cause why this case should not be dismissed.

DONE, on this the 12th day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE