# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

December 17, 2024

Clerk - Middle District of Alabama  
U.S. District Court  
1 CHURCH ST  
MONTGOMERY, AL 36104

Appeal Number: 24-13660-P  
Case Style: Carey Grayson v. Commissioner, Alabama Department of Corrections, et al  
District Court Docket No: 2:24-cv-00376-RAH-KFP

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13660

_____

CAREY DALE GRAYSON,

                                        Plaintiff-Appellant,

*versus*

COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS,
HOLMAN CF WARDEN,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:24-cv-00376-RAH-KFP

_____

JUDGMENT

ISSUED AS MANDATE 12/17/2024

Case 2:24-cv-00376-RAH-KFP   Document 115   Filed 12/17/24   Page 3 of 3
USCA11 Case: 24-13660   Document: 29-1   Date Filed: 12/17/2024   Page: 2 of 2

2                                                                                               24-13660

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: November 18, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 12/17/2024