IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CAREY DALE GRAYSON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.  2:24-cv-00376-RAH |
| ) | |
| ) | |
| JOHN Q. HAMM, ) | |
| Commissioner, et al., ) | |
|     Defendants. ) | |

**MOTION TO SEAL DOCKET ENTRY 114 AND ATTACHEMNTS**

Defendants submit this motion for leave to file documents under seal. Yesterday, Defendants filed a motion for attorney's fees (DE114) along with an exhibit containing duty post logs from Holman Correctional Facility, certain health records for inmate Carey Grayson, and various correspondence. Opposing counsel notified Defendants that the filing contained unredacted personal information for certain attorneys, so Defendants replaced one of the exhibits with a further redacted version.

Opposing counsel also suggested that the filing contained "personal health information" protected against disclosure by the Health Insurance Portability and Accountability Act of 1996. Accordingly, opposing counsel suggested that if Defendants re-file, it should be under seal. Defendants dispute counsel's reading and application of HIPAA here, especially given that the plaintiff's medical

condition was put at issue by his Eighth Amendment claim and by the emergency motion filed on November 20, 2024 (DE105). *See also* 45 C.F.R. §164.512(e) (disclosures "in the course of any judicial or administrative proceeding"); 45 C.F.R. §164.512(k)(5) (disclosures to "a correctional institution" for the "administration and maintenance of the safety, security, and good order of the correctional institution").

Nonetheless, to facilitate the Court's disposition of the motion without the need to determine the scope of HIPAA, Defendants respectfully request leave to seal their motion and its attachments.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL
BY—
Respectfully submitted,

/s Robert M. Overing
Robert M. Overing
  *Deputy Solicitor General*
Dylan Mauldin
  *Assistant Solicitor General*
Beth Jackson Hughes
Polly S. Kenny
Henry M. Johnson
  *Assistant Attorneys General*

Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36130
334-242-7300

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will notify the following counsel for Plaintiff: **John Palombi, Esq., Spencer Hahn, Esq., Eric Brown, Esq., Kacey Keeton, Esq.,** and **Matt D. Schulz, Esq.**

    Respectfully submitted,
    STEVE MARSHALL
    Alabama Attorney General
    BY—

    /s Robert M. Overing
    Robert M. Overing
    *Deputy Solicitor General*
    Office of the Attorney General
    501 Washington Ave.
    Montgomery, AL 36130
    334-242-7300